**Opinion filed February 26, 2021**



In The

# Elebenth Court of Appeals

_____

## No. 11-20-00053-CR
_____

### JAQUON BYREE THOMPSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 12641-D**

## M E M O R A N D U M   O P I N I O N

Appellant, Jaquon Byree Thompson, has filed in this court a motion to dismiss his appeal. In his motion, Appellant states that he no longer wishes to pursue this appeal, and he requests that his appeal be dismissed. The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.

PER CURIAM

February 26, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.